1 BARRY J. PORTMAN
Federal Public Defender
2 JODI LINKER
Assistant Federal Public Defender
3 19th Floor Federal Building
450 Golden Gate Avenue
4 San Francisco, CA 94102
Telephone: (415) 436-7700
5
Counsel for Defendant HALL
6

7 IN THE UNITED STATES DISTRICT COURT

8 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,       )   No. CR-10-0550 RS
                                  )
11              Plaintiff,        )   STIPULATION AND [PROPOSED]
                                  )   ORDER TO CONTINUE STATUS
12        v.                      )   CONFERENCE & EXCLUDE TIME
                                  )
13 LEEVERETT HALL,                )
                                  )
14              Defendant.        )
   _____)
15

16    The parties jointly request that, subject to the Court's approval, the status conference

17 presently set for August 10, 2010 be continued to August 24, 2010 at 10:00am.

18    Defendant Leeverett Hall is charged with one count of being a felon in possession of a

19 firearm. At his detention hearing on July 23, 2010 before the Magistrate Court, the matter was

20 set before this Court for August 10. Since that time, defense counsel has been scheduled for an

21 evidentiary hearing before the Honorable Vaughn R. Walker on the morning of August 10th.

22 ///

23 ///

24 ///

25 ///

26 ///

*US v.Hall,* CR-10-0550 RS;
STIP & [PROPOSED] ORD. TO CONTINUE            1

1   Accordingly, based on the availability of counsel, the parties jointly request that this
2   Court continue the hearing to August 24 at 10:00am.  The parties agree to an exclusion of time
3   under the Speedy Trial Act, 18 U.S.C. § 3161, from August 10, 2010 to August 24, 2010, given
4   the need for effective preparation of defense counsel and continuity of counsel.

5   IT IS SO STIPULATED.

  August 6, 2010                               /s
7 DATED                            BENJAMIN TOLKOFF
                                   Assistant United States Attorney

  August 6, 2010                               /s
9 DATED                            JODI LINKER
10                                 Assistant Federal Public Defender

## ~~[PROPOSED]~~ ORDER

The Court hereby ORDERS that the status conference currently set for August 10, 2010 be continued to August 24, 2010 at 10:00 am.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time from August 10, 2010 to August 24, 2010 would unreasonably deny the defendant and his counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from August 10, 2010 to August 24, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time from August 10, 2010 to August 24, 2010 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

 8/6/10
DATED                              RICHARD SEEBORG
                                   United States District Judge

*US v. Hall,* CR-10-0550 RS;
STIP & [~~PROPOSED~~] ORD. TO CONTINUE        2