1    STEVEN G. KALAR
     Federal Public Defender
2    JODI LINKER
     Assistant Federal Public Defender
3    450 Golden Gate Avenue
     San Francisco, CA 94102
4    Telephone: (415) 436-7700
     Telefacsimile: (415) 436-7706
5
     Counsel for Defendant HALL
6

7

**FILED**

AUG 0 6 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8          IN THE UNITED STATES DISTRICT COURT

9       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10           SAN FRANCISCO DIVISION

11

| | | |
|---|---|---|
| 12 | UNITED STATES OF AMERICA, ) | No. CR-10-0550 RS |
| 13 | Plaintiff, ) | STIPULATION REGARDING |
| 14 | v. ) | SUPERVISED RELEASE VIOLATION |
| 15 | LEEVERETT HALL, ) | |
| 16 | Defendant. ) | |

17

18

19

20

21

22

23

24

25

26

27

28

1   The parties hereby submit the following stipulations with respect to the Petition for Arrest

2   Warrant for Offender Under Supervision filed on June 11, 2013 (hereinafter "Form 12") (ECF

3   Document 32).

4   **I.    INTRODUCTION**

5   On June 11, 2013, a Form 12 was filed alleging a single violation of defendant Leeverett

6   Hall's conditions of supervised release.  That single charge is that Mr. Hall violated the general

7   condition which states that he shall not commit another Federal, state or local crime.

8   Specifically, the Form 12 alleges that on May 19, 2013 Mr. Hall committed and/or conspired to

9   commit theft of a locked vehicle in violation of Penal Code § 459, 2nd Degree Burglary, and

10  Penal Code § 182, Conspiracy.  Because Mr. Hall cannot admit to these allegations without also

11  exposing himself to further liability and punishment in the state court, the parties have agreed to

12  enter theses stipulations to resolve the Form 12.  By entering into these stipulations, the parties

13  agree that Mr. Hall is not making an admission to the allegations.  In order to find that Mr. Hall

14  has violated the terms of his supervised release, the Court would have to find by a preponderance

15  of the evidence that the defendant violated a condition of his supervised release.

16  **II.    STIPULATIONS**

17  (1)    Mr. Hall waives his right to have a hearing before this Court, to hear testimony,

18         testify on his own behalf and to call witnesses to testify on his own behalf.

19  (2)    But for these stipulations, the government would have called United States

20         Probation Officer Octavio Magana.

21  (3)    Because hearsay would be admissible at the supervised release violation hearing,

22         the parties stipulate that if called to testify, USPO Magana would testify to the

23         following:

24         (a)    That he had reviewed San Francisco Police Department report number

25                130412878 and video surveillance footage from the incident.  That the

26                report and the video surveillance indicate that on May 19, 2013, a victim

27                reported having her 2003 Toyota Corolla burglarized in the Walgreens

28                parking lot located at 1899 Fillmore.  A security cameras captured Mr.

Hall and another individual named Ms. Kang driving a BMW into the Walgreens parking lot and parking near the targeted car. That Ms. Kang looked into the car while Mr. Hall stood outside of the BMW, apparently keeping look-out. That Ms. Kang broke the window of the car, grabbed something from the vehicle, and Ms. Kang and Mr. Hall both departed the parking lot in the BMW. On May 25, 2013, police officers observed Mr. Hall driving the same BMW. They stopped him and arrested him.

(4)     The parties submit the matter for decision by the Court on the basis of the above stipulations.

IT IS SO STIPULATED.

DATED  8/6/2013                                    BENJAMIN TOLKOFF
                                                   Assistant United States Attorney

DATED  8/6/13                                      LEEVERETT HALL
                                                   Defendant

DATED  8/6/13                                      JODI LINKER
                                                   Assistant Federal Public Defender