1   STEVEN G. KALAR
    Federal Public Defender
2   JODI LINKER
    Assistant Federal Public Defender
3   450 Golden Gate Avenue
    San Francisco, CA  94102
4   Telephone:  (415) 436-7700
    Telefacsimile: (415) 436-7706
5

6   Counsel for Defendant HALL

7

8             IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11

12   UNITED STATES OF AMERICA,     )   No. CR-10-0550 & 14-0154 RS
                        )
13               Plaintiff,   )   STIPULATION AND [PROPOSED]
                        )   ORDER TO CONTINUE
14   v.                     )
                        )
15   LEEVERETT HALL,        )
                        )
16              Defendant.   )

17

18

19

20

21

22

23

24

25

26

27

28

1       The parties jointly request that, subject to the Court's approval, the status conference

2 presently set for June 17, 2014 be continued to July 1 at 2:30 pm.

3       At the last appearance, the Court set both of the above-captioned matters over until June

4 17, 2014 for further status.  Unfortunately, defense counsel is also scheduled to appear before the

5 Honorable Jeffrey S. White that afternoon in Oakland, and therefore is unavailable.

6 Additionally, the parties are currently in negotiations over this case and government counsel

7 recently provided the defense with new information relevant to those negotiations.  Accordingly,

8 the parties jointly request additional time for continuity of counsel, to investigate this case and to

9 effectively prepare.

10       For the above reasons, the parties stipulate there is good cause – taking into account the

11 public interest in the prompt disposition of this case – to exclude the time from June 17, 2014 to

12 July 1, 2014 from computation under the Speedy Trial Act, and that failing to exclude that time

13 would unreasonably deny the defendant and his counsel the reasonable time necessary for

14 continuity of counsel, taking into account the exercise of due diligence.  18 U.S.C. §

15 3161(h)(7)(A) and (B)(iv).  The parties further agree that the ends of justice would be served by

16 excluding the time from June 17, 2014 to July 1, 2014 from computation under the Speedy Trial

17 Act and that the need for the exclusion outweighs the best interests of the public and the

18 defendant in a speedy trial.

19       IT IS SO STIPULATED.

20

21    6/11/2014                       /s/
    DATED                         BENJAMIN P. TOLKOFF

22                                 Assistant United States Attorney

23

24    6/11/2014                       /s/
    DATED                         JODI LINKER

25                                   Assistant Federal Public Defender

26       IT IS SO ORDERED.

27   6/11/14

    DATED                         RICHARD SEEBORG

28                                 United States District Judge